UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Sornsen,

Plaintiff,

v.

The Wackenhut Corporation,

Defendant.

Civil No. 01-CV-1967 JMR/FLN

**STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER**

THE PARTIES HEREBY STIPULATE that this Protective Order ("Order") be entered in this action pursuant to this stipulation by and between the parties, through their respective undersigned counsel. The parties hereby agree and stipulate as follows:

1. Defendant, The Wackenhut Corporation, (hereinafter "Defendant") agrees to allow Plaintiff to review and copy certain confidential documents produced in the above litigation.

2. Additional documents may be requested and disclosed during discovery in this matter which one of the parties believes to be confidential. In that event, before production, such party shall assert a specific claim of confidentiality related to those documents. Upon assertion of such claim, the documents shall be subject to this Stipulation, provided, however, that any party hereto may object to a claim of confidentiality and seek a hearing before the Court to determine its merits. During the pendency of such a hearing, and until a determination on the merits has been made by the Court, the documents claimed to be confidential shall remain subject to the Stipulation.

3. The parties, their attorneys and representatives, do hereby agree and stipulate that:

DEC 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(a) The above-mentioned information shall only be used for purposes related to this lawsuit and shall be held in the strictest confidence by the parties, their attorneys, agents and representatives and shall not be divulged in any manner at any time, under any circumstances not directly related to the purposes of this lawsuit.

(b) The above-mentioned information shall only be given, shown, made available, or communicated to the parties' attorneys for purposes of this litigation or those other persons, specifically experts and witnesses, for purposes of this litigation and, in addition, to the court and at trial if required. In no event shall the above-mentioned information be provided to the Plaintiff or Defendant for purposes of removing it from the offices of their legal counsel.

(c) Reproduction of the above-mentioned documents shall only be made as required in the litigation and copies, excerpts, or summaries may be shown or given only to those individuals authorized pursuant to subparagraph (b) above. Notwithstanding the foregoing, Plaintiff and Defendant shall be strictly prohibited from removing any copies, excerpts, or summaries of the above-mentioned documents from the offices of their legal counsel.

(d) Copies of the above-mentioned documents shall be promptly returned to producing party's attorney upon conclusion of the above-entitled action.

(e) Experts shall be allowed to review the documents at their own offices provided that the documents are returned to Plaintiff's/Defendant's counsel, and then to producing party's counsel upon conclusion of this litigation.

4. The parties may also designate certain material as **"Confidential For Attorney Eyes Only."** Such "Confidential For Attorney Eyes Only" information shall not include information, documents, or things which are generally and publicly available and shall be given, shown, disclosed, made available, or communicated only to the parties' attorneys for the purpose of their review and **<u>will not be shown or given to the named Parties</u>** unless otherwise agreed in writing by the parties' attorneys or upon successful application to the court for permission to share the information.

5. By agreeing to this Stipulation for Protective Order, neither the Plaintiff nor the Defendant waives any objection as to the discoverability or admissibility of the above-mentioned information.

6. The parties, by and through their attorneys, having read and understood all the terms of this Stipulation, enter into this Stipulation knowingly and voluntarily.

Dated: 12-3-01

Lori Peterson (212490)
Attorneys for Plaintiff
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606

Dated: 12/4/01

Christopher J. Harristhal (175754)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
Attorneys for Defendant
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

ORDER

Based on the above stipulation between the parties through their respective counsel,

IT IS HEREBY ORDERED that the above terms shall govern the parties' agreement.

Dated: 12/11/01

United States District Court Judge

723580.1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500