UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Sornsen,

Plaintiff,

v.

The Wackenhut Corporation,

Defendant.

Civil File No.: 0:01CV1967

**STIPULATION TO AMEND COMPLAINT TO ADD TITLE VII**

---

It is hereby stipulated and agreed to by the parties hereto, through their respective counsel, that Plaintiff may amend her Complaint to add a Title VII claim in the above-referenced matter.

It is further stipulated and agreed to by the parties, that the defendant shall be allowed an additional three hours of deposition examination of the plaintiff on subjects pertaining to a Title VII claim.

Dated: 3-26-02

Lori Peterson (212490)
LORI PETERSON & ASSOCIATES
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
(612) 321-0606

Attorneys for Plaintiff

Dated: 3/25/02

Christopher J. Harristhal (175754)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendant

**ORDER**

The Court adopts the forgoing Stipulation as its Order.

Dated:

Franklin L. Noel
U.S. Magistrate Judge

FILED APR 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

754286.1