UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Sornsen,

Civil: 01-1152 JMR/FLN
01-1967

Plaintiff,

v.

**ORDER**

The Wackenhut Corporation,

Defendant.

---

Sheila Dokken, Esq., for Plaintiff.
Dan Ballentine, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on August 1, 2002, on Plaintiff's Motion to Compel Discovery [#20].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery [#20] is **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion seeks to compel production of documents responsive to Plaintiff's Document Requests Nos. 7-11 and 18, it is **GRANTED**;

2. Insofar as the Motion seeks to compel responses to Plaintiff's Requests for Admissions Nos. 7, 25, 26, 28, 30, 32 and 37, it is **GRANTED**;

3. Defendant will respond to these discovery requests within ten (10) days of the date of this Order;

4. The Motion is **DENIED** in all other respects.

37

AUG 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8/2, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE