UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Sornsen,

Civil: 01-1967 JMR/FLN

Plaintiff,

v.

**ORDER**

The Wackenhut Corporation,

Defendant.

---

Sheila Dokken, Esq., for Plaintiff.
Dan Ballentine, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on September 17, 2002, on Defendant's motion *in limine* to exclude testimony of Abigail Adams and other affiants [#44] and Plaintiff's motion *in limine* to exclude criminal records [# 52].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion *in Limine* to Exclude Testimony of Abigail Adams and Other Affiants [#44] is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **Granted** as it applies to Fred Hudson, Dennis Greaves, Adam Endicott, Andrea Dironica, John Brelje, Alexander Vicino, Linda Lavallee, and Robert Abraham, and any other undisclosed affiants, except;

2. The Motion is **Denied** as it applies to Abigail Adams, provided a deposition is taken of this witness by Defendant prior to trial.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

FILED 10-4-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Plaintiff's Motion *in Limine* to Exclude Criminal Records [# 52] is **DENIED.**

Dated: Oct 3, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE