UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Sornsen,

Plaintiff,

v.

The Wackenhut Corporation,

Defendant.

---

File No. 01-CV-1967 (JMR/FLN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED:

That a judgment of dismissal with prejudice without cost to any party be entered in the above-entitled action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 7th, 2003

BY THE COURT:

United States District Court Judge

845566.1

FILED 4-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-7-03
DEPUTY CLERK